```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BERNARD TAYLOR,
11              Plaintiff,                    No. CIV S-07-2238 LKK KJM P
12        vs.
13   THE COUNTY OF
     SACRAMENTO, et al.,
14
                Defendants.           ORDER
15   _____/
```

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17  to 42 U.S.C. § 1983.

18          By an order filed February 4, 2008, this court ordered plaintiff to complete and

19  return to the court, within thirty days, a summons, USM-285 form and two copies of his

20  complaint which are required to effect service on the defendants.  On February 8, 2008, plaintiff

21  submitted the summons and USM-285 form without an address for the defendant and failed to

22  submit copies of his complaint.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court is directed to send a copy of the complaint, summons

25  and blank USM-285 form; and

26  /////

1

2. Within thirty days, plaintiff shall submit to the court the completed summons, USM-285 form and two copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
tayl2238.8f