1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BERNARD TAYLOR,
11          Plaintiff,                    No. CIV S-07-2238 LKK KJM P
12      vs.
13  THE COUNTY OF SACRAMENTO,
    et al.,
14
            Defendants.            ORDER
15  _____/
16          Plaintiff has filed a document entitled "first set of interrogatories." Plaintiff is
17  informed that court permission is not necessary for discovery requests and that neither discovery
18  requests served on an opposing party nor that party's responses should be filed until such time as
19  a party becomes dissatisfied with a response and seeks relief from the court pursuant to the
20  Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with
21  the court unless, and until, they are at issue.
22  /////
23  /////
24  /////
25  /////
26  ////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2008 first set of
2  interrogatories (docket no. 18) will be placed in the court file and disregarded.  Plaintiff is
3  cautioned that further filing of discovery requests or responses, except as required by rule of
4  court, may result in an order of sanctions, including, but not limited to, a recommendation that
5  this action be dismissed.
6  DATED:  May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
tayl2238.411