IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD TAYLOR,

    Plaintiff,             No. CIV S-07-2238 LKK KJM P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.         <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file a response to the March 4, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 25) is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file and serve objections to the findings and recommendations.

DATED: March 18, 2009.

                                            U.S. MAGISTRATE JUDGE

/kly
tayl2238.36

1